FROM U.S. ATTY'S OFC.                (THU)10.26'06 10:48/ST. 10:47/NO. 4861053363 P 2

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-291-03 | MAGIS. NO: |
| v. Shahram Nejad | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Shahram Nejad | |
| DOB:   PDID: | | FILED |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | OCT - 5 2006 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
International Emergency Economic Powers Act
Iranian Transactions Regulations
Aiding and Abetting
Criminal Forfeiture

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371, 50 U.S.C. § 1705, 31 C.F.R. Part 560,
18 U.S.C. § 2, 28 U.S.C. § 2461 (c), 18 U.S.C. § 981(a)(1)(c)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE JOHN FACCIOLA | DATE ISSUED: 09/29/2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: 09/29/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 09/29/06 DATE EXECUTED 10/05/06 | NAME AND TITLE OF ARRESTING OFFICER ICE (SA) Special Agent STEVE FRANCIS | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |