06-291-03 (JDB)



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

October 24, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave., NW
Washington, DC  20001

**FILED**

**OCT 2 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Transfer to U.S. Magistrate Judge

Case No.  06-1751M

Case Title:  USA vs. Shahram Nejad

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☒ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☒ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  NFPV DOCUMENT #5.  PASSPORT AND ONE FOREIGN PASSPORT ENCLOSED

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Celia Reed
Deputy Clerk 213-894-3642

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Clerk, U.S. District Court

By _____

Date                                                 Deputy Clerk

CR-48 (01/01)                     LETTER RE:  RULE 40 - TRANSFER OUT

10/31/2006 08:55 FAX
Case 1:06-cr-00291-JDB   Document 7-2   Filed 10/26/2006   Page 2 of 4
☒001
CM/ECF - California Central District - Docket Report
U.S. DISTRICT CT
Page 1 o:

CLOSED, PASPR

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-01751-DUTY-ALL
### Internal Use Only

Case title: USA v. Nejad                           Date Filed: 10/05/2006

Assigned to: Duty Magistrate Judge

**Defendant**

**Sharam Nejad (1)**                      represented by **Joseph Daneshrad**
*TERMINATED: 10/20/2006*                  Joseph Daneshrad Law Offices
                                          12100 Wilshire Blvd, Ste 1035
                                          Los Angeles, CA 90025
                                          310-447-3544
                                          Fax: 310-447-3553
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: Retained*

                                          **Pedro V Castillo**
                                          Federal Public Defenders Office
                                          321 E 2nd St
                                          Los Angeles, CA 90012-4206
                                          213-894-2854
                                          Email: zzCAC_FPD_Document_Receiving@fd.org
                                          *TERMINATED: 10/20/2006*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                         **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                  **Disposition**

Dekfendant in violation of 18:371, 50:1705

**Plaintiff**

**USA**        represented by   **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2006 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Sharam Nejad, originating in the USDC, District of Columbia. Defendant charged in violation of: 18:371, 1705. Signed by agent Steve Francis, ICE, Special Agent. (ca, ) (Entered: 10/17/2006) |
| 10/05/2006 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Sharam Nejad; defendants Year of Birth: 1953; date of arrest: 10/5/2006. (ca ) (Entered: 10/17/2006) |
| 10/05/2006 |  | ***Defendant Sharam Nejad ARRESTED (Rule 5(c)(3)). (ca ) (Entered: 10/17/2006) |
| 10/05/2006 | 3 | Defendant Sharam Nejad arrested on warrant issued by the USDC USDC, District of Columbia. (ca ) (Entered: 10/17/2006) |
| 10/05/2006 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patrick J. Walsh as to Defendant Sharam Nejad Defendant arraigned and states true name is as charged. Attorney: Pedro V Castillo for Sharam Nejad, DFPD, appointed. Cour orders bail set as: Sharam Nejad (1) $100,000 Apperance Bond, with affidavit with justification of surety any person appropriate person; defendant shall submit to pretrial supervision; surrender all passports to the Clerk of Court, or sign declaration; travel is restricted to CD/CA and District of Columbia; reside as approved by PSA and do not relocate without prior permission from PSA (Newport beach address); maintain or actively seek employment an dprovide proof to PSA; avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution; not possess any firearms, ammunition, destructive devices, or other dangerous weapons; alochol in moderation; not use or possess illegal drugs. Defendant remanded to the custody or currently in the custody of the US Marshal. Arrival of Process Hearing set for 10/12/2006 at 1:30 PM before Magistrate Judge Walsh. Defense argues for bail - Granted. Tape #: 06-46. (ca) (Entered: 10/17/2006) |
| 10/05/2006 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Sharam Nejad. (ca ) (Entered: 10/17/2006) |
| 10/05/2006 | 6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Sharam Nejad. (ca ) (Entered: 10/17/2006) |
| 10/12/2006 | 7 | MINUTES OF FURTHER PROCEEDINGS HEARING held before Magistrate Judge Patrick J. Walsh. Defendnat ecxecuted Waiver of Rights. Court orders defendant held to answer to USDC, District of Columbia. Case continued to 10/20/06 at 2:00 p.m. for furthe1 |

| | | |
|---|---|---|
| | | proceeding before Magistrate Judge Walsh. Defendant committed to the custody of the U.S. Marshal. Process received. Tape #: 06-49. (ca ) (Entered: 10/17/2006) |
| 10/12/2006 | 8 | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) ORDER by Magistrate Judge Patrick J. Walsh as to Defendant Sharam Nejad. (ca ) (Entered: 10/17/2006) |
| 10/12/2006 | 9 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Sharam Nejad conditions of release: $100,000 Apperance Bond, with affidavit with justification of surety any person appropriate person; defendant shall submit to pretrial supervision; surrender all passports to the Clerk of Court, or sign declaration; travel is restricted to CD/CA and District of Columbia; reside as approved by PSA and do not relocate without prior permission from PSA (Newport beach address); maintain or actively seek employment an dprovide proof to PSA; avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution; not possess any firearms, ammunition, destructive devices, or other dangerous weapons; alochol in moderation; not use or possess illegal drugs. Defendant remanded to the custody or currently in the custody of the US Marshal approved by Magistrate Judge Jennifer T. Lum. Original bond routed to FILE. (ca ) (Entered: 10/17/2006) |
| 10/12/2006 | 10 | NOTICE OF DELIVERANCE OF FOREIGN PASSPORT and Receipt filed on behalf of Defendant Sharam Nejad, re: [9], Passport No: ****1781. (ca ) (Entered: 10/17/2006) |
| 10/12/2006 | 11 | NOTICE OF DELIVERANCE OF USA PASSPORT and Receipt filed by Defendant Sharam Nejad, re: Bond and Conditions (CR-1), [9], Passport No: ***7385. (ca ) (Entered: 10/17/2006) |
| 10/12/2006 | 12 | AFFIDAVIT OF SURETIES (Property) in the amount of $ $100,000.00 by surety: Fariborz Broukhim & Roya Broukhim for Bond and Conditions (CR-1), [9] for property located at: (not for public view); Certified copy of Deed of Trust 2006000671477 ; filed by Defendant Sharam Nejad. Approved by Magistrate Judge Jennifer T. Lum. (ca ) (Entered: 10/17/2006) |
| 10/20/2006 | 13 | ORIGINAL SHORT FORM DEED OF TRUST, filed by Fariborz Broukhim and Roya Broukhim naming the Clerk of Court as Beneficiary therein on the property located at (not for public view) on behalf of Defendant Sharam Nejad Re: Bond and Conditions (CR-1), [9]. (ca ) (Entered: 10/23/2006) |
| 10/20/2006 | 14 | ORIGINAL SHORT FORM DEED OF TRUST filed by Fariborz Broukim and Roya Broukhim naming the Clerk of Court as Beneficiary therein on the property located at (not for public view) on behalf of Defendant Sharam Nejad Re: Bond and Conditions (CR-1), [9]. (ca ) (Entered: 10/23/2006) |
| 10/20/2006 | 15 | REQUEST FOR APPROVAL OF SUBSTITUTION OF attorney Joseph Daneshrad in place of attorney Pedro Castillo Filed by Defendant Sharam Nejad. (ca ) (Entered: 10/24/2006) |
| 10/20/2006 | 16 | ORDER by Magistrate Judge Patrick J. Walsh as to Defendant Sharam Nejad, Granting Request for Approval of Substitution of Attorney[15-1]. Retained Attorney Joseph Daneshrad in place and instead of Pedro Castillo. Attorney Pedro V Castillo terminated in case as to Sharam Nejad. (ca ) (Entered: 10/24/2006) |
| 10/20/2006 | 17 | MINUTES OF Identity Hearing held before Magistrate Judge Patrick J. Walsh as to Defendant Sharam Nejad. Court orders defendant to appear in the District of Origin on November 2, 2006 at 9:00 a.m. Tape #: 06-51. (ca ) (Entered: 10/24/2006) |
| 10/20/2006 | | ***Magistrate Case Terminated. (ca ) (Entered: 10/24/2006) |