IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO. 06-291 (JDB) |
| | ) |
| MOJTADA MALEKI-GOMI, | ) |
| BABAK MALEKI, | ) |
| SHAHRAM SETUDEH NEJAD, | ) |
| | ) |
| Defendant. | ) |

**JOINDER IN MOTION TO CONTINUE**

Defendant, Shahram Setudeh Nejad, joins in the unopposed motion of his codefendants to continue the arraignment in this case until December 8, 2006.

Respectfully submitted,

"/s/"
A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500