IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-291-03 (JDB) |
| | ) |
| SHAHRAM SETUDEH NEJAD, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel, hereby enters his appearance on behalf of the defendant in this case.

Please send all notices and inquiries to this attorney at the address listed.

                                              Respectfully submitted,

                                              "/s/"
                                        A.J. KRAMER
                                        Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C. 20004
                                        (202) 208-7500