**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

DEC 0 8 2006

NANCY MAYER WH.TTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : |
| SHAHRAM SETUDEH - NEJAD, | : |
| **Defendant.** | : |

Criminal Action No. 06-291-3 _____ (JDB)

## ORDER

Upon the oral motion of defendant ___SHAHRAM SETUDEH - NEJAD___

and the consent and agreement of the government, the Court finds that, for the reasons stated in

Court on this date, the interests and ends of justice are best served and outweigh the interests of

the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to

the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from

___12/8/06___ through and including ___2/13/07___,

shall be excluded in computing the date for speedy trial in this case.

Dated: ___Dec 8, 2006___

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

___R.J. KRAMER___
Defense Counsel

_____
Attorney for United States