IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| | : |
| **SHAHRAM SETUDEH NEJAD,** | : |
| | : |
| **Defendant.** | : |

## UNOPPOSED MOTION FOR TRANSPORTATION EXPENSES

Defendant, Shahram Nejad, hereby moves this Court to authorize and direct the Marshal to make transportation arrangements designed to bring Mr. Nejad from his home in California, to the next court date in the above captioned case, and to return him at the conclusion of the hearing. Government counsel, Assistant United States Attorney Jay Bratt, was contacted and indicated that he does not oppose this motion.

Mr. Nejad has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States Marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required.

Accordingly, Mr. Nejad respectfully requests that the Court enter the attached Order directing the Marshal to make appropriate arrangements to facilitate his appearance in court for the status conference on February 13, 2007 at 2:00 p.m. and his return to California after his

appearance.

        Respectfully submitted,


        _____"/s/"_____
        A.J. KRAMER
        Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.   20004
        (202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| | : |
| SHAHRAM SETUDEH NEJAD, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of defendant's motion for travel, and defendant having shown that he is financially unable to provide the necessary transportation to appear before the Court, it is this ____ day of February, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from Los Angeles, California to Washington, D.C., to appear before the Court for a hearing scheduled for February 13, 2007, at 2:00 p.m., and transportation to return to Los Angeles, California, after said hearing.

JOHN D. BATES
United States District Judge