IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,         :
                                  :
        Plaintiff,                :
                                  :
    v.                            : CR. NO. 06-291-03 (JDB)
                                  :
SHAHRAM SETUDEH NEJAD,            :
                                  :
        Defendant.                :

## ORDER

Upon consideration of defendant's motion for travel, and defendant having shown that he is financially unable to provide the necessary transportation to appear before the Court, it is this 2nd day of February, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from Los Angeles, California to Washington, D.C., to appear before the Court for a hearing scheduled for February 13, 2007, at 2:00 p.m., and transportation to return to Los Angeles, California, after said hearing.

JOHN D. BATES
United States District Judge