IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CR. NO. 06-291-03 (JDB) |
| : | |
| **SHAHRAM SETUDEH NEJAD,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION TO AMEND**
**CONDITIONS OF RELEASE**

    As discussed in court on February 13, 2007, defendant Shahram Nejad respectfully requests the court to modify his conditions of release as set forth in the accompanying proposed order.

    Respectfully submitted,

"/s/"
A.J. Kramer
Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC  20004
(202) ) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| | : |
| **SHAHRAM SETUDEH NEJAD,** | : |
| | : |
| Defendant. | : |

## ORDER

The defendant's conditions of release are amended in two respects.  First, the property currently posted as a condition of release may be released to its owner, and the property at 9 Via Naples in Newport Coast, California, may be posted in lieu thereof.

Second, defendant may travel within the continental United States for business purposes, and he shall provide three days notice to the Pretrial Services officer of any such travel.

IT IS SO ORDERED.


DATED: FEBRUARY    , 2007.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE