IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    :
                             :
        Plaintiff,           :
                             :
        v.                   : CR. NO. 06-291-03 (JDB)
                             :
SHAHRAM SETUDEH NEJAD,       :
                             :
        Defendant.           :

## ORDER

The defendant's conditions of release are amended in two respects. First, the property currently posted as a condition of release may be released to its owner, and the property at 9 Via Naples in Newport Coast, California, may be posted in lieu thereof.

Second, defendant may travel within the continental United States for business purposes, and he shall provide three days notice to the Pretrial Services officer of any such travel.

IT IS SO ORDERED.

DATED: FEBRUARY 15, 2007.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE