IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| SHAHRAM SETUDEH NEJAD, | : |
| Defendant. | : |

**FILED**
NOV 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant's motion for travel, and defendant having shown that he is financially unable to provide the necessary transportation to appear before the Court, it is this 13th day of November, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from Los Angeles, California to Washington, D.C., to appear before the Court for a hearing scheduled for November 19, 2007, at 11:30 a.m., and transportation to return to Los Angeles, California, after said hearing.

_____
JOHN D. BATES
United States District Judge