

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

#3

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 19, 2007

FILED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A. J. Kramer, Esq.
Federal Public Defender
Office of the Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, D.C. 20004

        Re:    United States v. Shahram Setudeh Nejad, Cr. No. 06-291 (JDB)

Dear Mr. Kramer:

        This letter sets forth the full and complete offer to your client, ~~Mojtada Maleki-Gomi~~, SHAHRAM SETUDEH NEJAD from the Criminal Division of the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office") for resolution of the above-referenced matter. If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below and execute the accompanying Agreement for Pretrial Diversion. The terms of the offer are as follows:

        1.        **Pretrial Diversion**

        Your client agrees to sign and comply with the terms of the accompanying Agreement for Pretrial Diversion. Upon successful completion of the period of supervision set forth in the Pretrial Diversion Agreement, and adherence to the other terms described in this letter, the government will dismiss the indictment now pending against your client.

        Your client agrees that, with respect to any and all dismissed charges, your client is not a "prevailing party" within the meaning of the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), and will not file any claim under that law.

        2.        **Wiring of Agreement**

        Your client understands and acknowledges that this Agreement for Pretrial Diversion is contingent upon the entry of guilty pleas by his co-defendants, Mojtada Maleki-Gomi and Babak

Maleki, in this case. If either of these co-defendants fails to enter a guilty plea, this letter and any proceedings pursuant to the Agreement for Pretrial Diversion shall be withdrawn or voided.

### 3.    **Factual Stipulations**

Your client agrees that the attached "Factual Proffer in Support of Guilty Plea" fairly and accurately describes your client's actions and involvement in the offense for which your client has been charged. If your client breaches the Agreement for Pretrial Diversion or any of the assurances in this letter, and the government reinitiates the prosecution of your client, the government may use the admissions in the Factual Proffer in any proceedings relating to the prosecution of your client.

### 4.    **Waiver of Statute of Limitations**

It is further agreed that, if your client breaches the Agreement for Pretrial Diversion or any of the assurances in this letter, then any prosecution that is not time-barred by the applicable statute of limitations on the date of the signing of this letter (including any counts that the Government has agreed not to prosecute or to dismiss pursuant to this letter) may be commenced or reinstated against your client, notwithstanding the expiration of the statute of limitations between the signing of this Agreement and the commencement or reinstatement of such prosecution. It is the intent of this Agreement to waive all defenses based on the statute of limitations with respect to any prosecution that is not time-barred on the date that this Agreement is signed.

### 5.    **Debriefings Concerning Foreign Intelligence Information**

As consideration for the Agreement for Pretrial Diversion, your client has undergone a debriefing concerning information that he might have related to violations of the Iranian Transactions Regulations by other individuals or businesses. Your client also agrees to submit to any further such debriefings at the request of the government. These debriefings and this agreement reflect the principles enunciated in the January 10, 2007, memorandum from Deputy Attorney General Paul J. McNulty titled "Incentives for Targets and Subjects of Criminal Investigations and Criminal Defendants in Criminal Cases to Provide Foreign Intelligence Information."

### 6.    **Complete Agreement**

No other agreements, promises, understandings, or representations have been made by the parties or their counsel than those contained in writing herein, nor will any such agreements, promises, understandings, or representations be made unless committed to writing and signed by your client, defense counsel, and an Assistant United States Attorney for the District of Columbia.

Your client further understands that this Agreement is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia. This Agreement does not bind the Civil Division of this Office or any other United States Attorney's Office, nor does it bind any other state, local, or federal prosecutor.  It also does not bar or compromise any civil, tax, or administrative claim pending or that may be made against your client.

If the foregoing terms and conditions are satisfactory, your client may so indicate by signing the letter in the space indicated below, executing the accompanying Agreement for Pretrial Diversion, and returning the originals to me once they have been signed by your client and by you or other defense counsel.

Very truly yours,

JEFFREY A. TAYLOR
United States Attorney

JAY I. BRATT
Assistant United States Attorney
(202) 353-3602

### DEFENDANT'S ACCEPTANCE

I have read this letter and the Agreement for Pretrial Diversion and have discussed them with my attorney, A. J. Kramer.  I fully understand this letter and the Agreement for Pretrial Diversion and agree to them without reservation.  I do this voluntarily and of my own free will, intending to be legally bound.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this letter and the Agreement for Pretrial Diversion fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to sign these documents except those set forth in this letter and the Agreement for Pretrial Diversion.  I am satisfied with the legal services provided by my attorney in connection with this resolution of this case and matters related to it.

SHAHRAM SETUDEH NEJAD
Defendant

-3-

<u>ATTORNEY'S ACKNOWLEDGMENT</u>

I have read each of the pages constituting this letter and the Agreement for Pretrial Diversion, reviewed them with my client, and discussed the provisions of these documents with my client, fully. These pages accurately and completely set forth the entire understandings with the Government. I concur in my client's desire to sign this letter and the Agreement for Pretrial Diversion.

Date: _____          _____
                               A. J. KRAMER
                               Attorney for Defendant

-4-