**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : **CR. NO. 06-291-03 (JDB)** | |
| | : | |
| **SHAHRAM SETUDEH NEJAD,** | : | |
| | : | |
| **Defendant.** | : | |

---

## UNOPPOSED MOTION TO EXONERATE BAIL

Defendant, Shahram Nejad, respectfully requests that the court exonerate the bail in his case, and that the court order the release and reconveyance of the real property posted as surety as a condition of bail, and the return of defendant's passports. As discussed at the last court appearance on November 19th, in light of the defendant's referral for pretrial diversion the government does not oppose this motion.

Therefore, defendant respectfully requests that the court sign the proposed order submitted with this motion.

Respectfully submitted,


_____
"/s/"
A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **: CR. NO. 06-291-03 (JDB)** | |
| | **:** | |
| **SHAHRAM SETUDEH NEJAD,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

---

## ORDER EXONERATING BAIL

It is hereby ordered that defendant's bail is exonerated.  The property posted as a

condition of defendant's bail is ordered to be released and reconveyed.

Defendant's passports are also to be returned to him.


DATED:                    , 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE