IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| SHAHRAM SETUDEH NEJAD, | : |
| Defendant. | : |

FILED
NOV 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER EXONERATING BAIL

It is hereby ordered that defendant's bail is exonerated. The property posted as a condition of defendant's bail is ordered to be released and reconveyed.

Defendant's passports are also to be returned to him.

DATED: Nov. 28, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE