IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CR. NO. 06-291-03 (JDB) |
| : | |
| **SHAHRAM SETUDEH NEJAD,** : | |
| : | |
| **Defendant.** : | |

### UNOPPOSED MOTION TO ALLOW DEFENDANT TO TRAVEL

Defendant, Shahram Nejad, respectfully requests that he be allowed to travel to Iran from December 26, 2007, to January 20, 2008, to visit his 94-year old grandmother, who is sick. Assistant United States Attorney Jay Bratt has advised undersigned counsel that the government has no objection to this motion.

Defendant has been referred for a pretrial diversion program. He lives in the Los Angeles area and the Pretrial Services officer there advised defendant that he should get permission from the court for foreign travel. Defendant has fully complied with all the conditions of his pretrial release. His interview with the Probation Officer in this district for the pretrial diversion program is scheduled for December 11th, so this trip will not interfere with that process. Defendant does not have any further court date scheduled. He was arrested on October 6, 2006, and was awaiting the outcome of the case before requesting this permission.

For all the above reasons, defendant respectfully requests that his unopposed motion to

travel be granted.

                                      Respectfully submitted,

                                                "/s/"
_____
A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| **SHAHRAM SETUDEH NEJAD,** | : |
| **Defendant.** | : |

**ORDER ALLOWING TRAVEL**

It is hereby ordered that defendant is allowed to travel to Iran from December 26, 2007 until January 20, 2008.

DATED: December          , 2007.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE