IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR. NO. 06-291-03 (JDB) |
| SHAHRAM SETUDEH NEJAD, | : |
| Defendant. | : |

### ORDER ALLOWING TRAVEL

It is hereby ordered that defendant is allowed to travel to Iran from December 26, 2007 until January 20, 2008.

DATED: December 6, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE