UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

December 12, 2007

UNITED STATES OF AMERICA

vs.                                      CR NO. 06-291-03-JDB

SHAHRAM SETUDEH NEJAD,
    Defendant

**FILED**

JAN 08 2008

**PASSPORT RECEIPT**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Passport from the United States, Number           and Passport from the Islamic Republic of Iran, Number           , are returned to the above-named defendant pursuant to Court Order filed 11/28/07 directing the Clerk of Court to return defendant's passports to him.

Above-indicated passports are received by SHAHRAM SETUDEH NEJAD, this __13__ day of December, 2007.

_____
Shahram Setudeh Nejad

_____
Telephone Number

Witnessed by Nancy Mayer-Whittington, Clerk
By: _____
        Deputy Clerk